**Order entered October 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01160-CR

### THE STATE OF TEXAS, Appellant

### V.

### DOUGLAS ALLEN MACHUTTA, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F-1523625-Y**

## ORDER

Appellee's Motion to File Brief Tendered is **GRANTED**. Appellee's brief is deemed filed timely as of October 13, 2017.

/s/      MOLLY FRANCIS
         PRESIDING JUSTICE